UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Casimir Robert Krithers, | Case No. 17–cv–149 (PJS/SER) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Robyn Wojciechowski, | |
| Respondent. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Casimir Robert Krithers's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") [Doc. No. 1] is **DISMISSED without prejudice**;

2. Robyn Wojciechowski's Motion to Dismiss Petition for Writ of Habeas Corpus [Doc. No. 24] is **DENIED as moot**; and

3. No certificate of appealability will issue.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: 10/18, 2017

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge